JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS BARNEY, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>AVDC, LLC, an Ohio Limited Liability Corporation, AVDC, INC., an Ohio Corporation, AND BIG LOTS STORES, LLC, an Ohio Limited Liability Corporation, and DOES 1 THROUGH 10, inclusive,<br><br>    Defendants. | Case No. 5:22-cv-02183 JGB (SHKx)<br><br>*Assigned For All Purposes To:  Hon. Jesus G. Bernal; Crtrm. 1*<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the Parties' Stipulation for Dismissal of Entire Action with Prejudice and good cause appearing therefore, IT IS HEREBY ORDERED THAT the entire action is dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

DATED: June 23, 2023

Honorable Jesus G. Bernal
United States District Court